IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 12,324.84 USDT SEIZED FROM BINANCE.COM USER ID # 2974 IN THE NAME OF DUEAN PHIKUNKAEW;
2. CRYPTOCURRENCY SEIZED FROM BINANCE.COM USER ID # 0476 IN THE NAME OF VARAT VITTHAYANUWAT;
3. CRYPTOCURRENCY SEIZED FROM BINANCE.COM USER ID # 5033 IN THE NAME OF WANG XUEWEN;
4. 6,972.2 USDT SEIZED FROM BINANCE.COM USER ID # 3307 IN THE NAME OF JIANG CHANGSEN;

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a. 12,324.84 USDT seized from Binance.com User ID # 2974 in the name of Duean Phikunkaew;
    b. Cryptocurrency seized from Binance.com User ID # 0476 in the name of Varat Vitthayanuwat;
    c. Cryptocurrency seized from Binance.com User ID # 5033 in the name of Wang Xuewen;

1

2

    d.  6,972.2 USDT seized from Binance.com User ID # 3307 in the name of Jiang Changsen;

DATED this ___ day of _____, 2023.

                                          JEFFREY P. COLWELL
                                          Clerk of the U.S. District Court

                                By:  _____
                                      Deputy Clerk