IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  23-cv-02549-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  12,331 USDT SEIZED FROM BINANCE.COM ACCOUNT # 2974 IN THE NAME OF DUEAN PHIKUNKAEW;
2.  CRYPTOCURRENCY SEIZED FROM BINANCE.COM ACCOUNT # 0476 IN THE NAME OF VARAT VITTHAYANUWAT;
3.  MISCELLANEOUS CRYPTOCURRENCY SEIZED FROM BINANCE.COM ACCOUNT # 5033 IN THE NAME OF WANG XUEWEN;
4.  6972.2 TETHERUS SEIZED FROM BINANCE.COM ACCOUNT # 3307 IN THE NAME OF JIANG CHANGSEN;

       Defendants.

---

**UNITED STATES' STATUS REPORT – January 30, 2024**
_____

      COMES NOW the United States of America (the "United States"), by United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and pursuant to Magistrate Judge Hegarty's Minute Order (Doc. 5) dated October 3, 2023, hereby files a status report, stating the following:

      1.    On September 29, 2023, the United States filed a Verified Complaint for Forfeiture in Rem, seeking forfeiture of the defendant assets pursuant to 18 U.S.C. § 981(a)(1)(C).

1

2

2. The United States is now seeking the assistance of the Office of International Affairs (OIA) to send notice of this forfeiture action to individuals located in the Kingdom of Thailand, and has requested translation of interested parties addresses.

3. The United States will notify the Court once this process is completed and confirmation is received.

DATED this 30th day of January 2024.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney


By: *s/Tonya S. Andrews*
   Tonya S. Andrews
   Assistant United States Attorney
   United States Attorney's Office
   1801 California Street, Suite 1600
   Denver, CO 80202
   Phone: (303) 454-0100
   Email: tonya.andrews@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice to all parties of record.

s/ *Sheri Gidan*
FSA Federal Paralegal
Office of the U.S. Attorney