FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 18 2024

JEFFREY P. COLWELL
CLERK

Subject: Dispute against asset confiscation

To: 1) Judge of the United States District Court. District of Colorado Civil Case No. 23-cv-02549-MEH
    2) TONYA S. ANDREWS Assistant United States Attorney

Cc: Ms. Usanee Pansujaritthai Prosecutor at the Attorney General's Office Office of the Special Prosecutor for Foreign Affairs 2
Refer to the United States District Court case. District of Colorado Civil Case No. 23-cv-02549-MEH

Attachments: 1) Conversation message via WeChat application (Document No.1)
             2) Evidence of money transfer (Document No. 2,3)

    According to the referred case, on March 24, 2023, by order of the United States District Court, digital currency in the name of Mr. Varat Vitthayanuwat, approximately 2,116.31641632 USDT and 355.95516855 BUSD. I disagree with the order to confiscate digital currency and I would like to object as follows.

    Elastic Shop Company Limited, a company that knows and works with me, has asked me who has expertise in online shopping. The company contacted me to purchase products from sellers in China for 10,000 USDT. Then, on October 2, 2022, 10,000 USDT was transferred to my account to pay for the goods. Therefore, the digital currency wasn't my own according to the evidence from WeChat (Document No.1)



(Document No.1)

    Elastic Shop Co., Ltd. contracted to exchange and buy currencies from Mr. Wasit Chonaumnuay, the seller, calculated in baht, was 377,000 baht on October 2, 2022, at 12.44 pm. Cryptocurrency trading has already been made several times and after payment, the seller transferred 10,000 USDT to my deposit account. As above, the evidence of conversation about exchange and buying currencies is shown in Document No. 2



(Document No. 2)

      I transferred 10,000 USDT digital money to user account TJ2B6qkg53iFS9sZuTUTEzUiVm1SPdKAH6, the seller of the product in China according to the evidence of transfer of payment for the product, Document No.3



      After I transferred payment for the product to the seller in China. The period between October 2, 2022, to March 24, 2023. I traded the USDT and BUSD cryptocurrencies on my account several times with my funds. Until March 24, 2023, I have USDT digital currency remaining in my account amount of 2,116.31641632 USDT, and BUSD currency remains in my account amount of 355.95516855 BUSD. It can be seen that the digital currency is obtained by honesty and not the money of the victim in this case. Unfortunately, The details regarding the acquisition of the money are in my account but cannot be used. Therefore, the evidence can't be presented to the court because there is an order prohibiting access to the account information.

Therefore, the United States District Court, District of Colorado, by the United States Attorney My receipt of digital currency on March 24, 2023, is not legal. I would like to contest the order of forfeiture of the digital currency. I also request the court to cancel the forfeiture of the money in my account and return the digital money amount of 2,116.31641632 USDT and 355.95516855 BUSD to me.

Moreover, in this case, I am experiencing financial problems. Because of the economic downturn in Thailand. I have insufficient income to cover expenses to travel to protest the confiscation of my property with the United States District Court Colorado State District. Therefore, I would like to write this letter to express the intention to oppose the order to confiscate my cryptocurrency and certify that the information in this letter is correct and true in all respects.

Yours sincerely,
Varat Vitthayanuwat



From

Varat Vitthayanuwat

18/1-2 Rama 6 New Road, Soi 4, Rong Mueang

Subdistrict, Pathumwan District, Bangkok 10330

+66 915746294

To

Clerk of the United States District Court

901 19th Street

Denver, Colorado 80294

Tel: (303) 4540100