IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02549-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12,324.84 USDT SEIZED FROM BINANCE.COM USER ID # 2974 IN THE NAME OF DUEAN PHIKUNKAEW,
CRYPTOCURRENCY SEIZED FROM BINANCE.COM USER ID # 0476 IN THE NAME OF VARAT VITTHAYANUWAT,
CRYPTOCURRENCY SEIZED FROM BINANCE.COM USER ID # 5033 IN THE NAME OF WANG XUEWEN, and
6,972.2 USDT SEIZED FROM BINANCE.COM USER ID # 3307 IN THE NAME OF JIANG CHANGSEN,

    Defendants,

VARAT VITTHAYANUWAT,

    Interested Party.

---

**MINUTE ORDER**

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on April 24, 2024.**

    The Court will hold a Status Conference on **May 7, 2024** at **1:30 p.m. Mountain Standard Time** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. At the Conference, the Court will address the current deadlines and Interested Party Varat Vitthayanuwat's letter at ECF 13.

    It is ORDERED that on or before April 25, 2024, Plaintiff shall notify Interested Party Varat Vitthayanuwat of the date and time of the Status Conference using the phone number written on the envelope that transmitted Interested Party's letter [ECF 13 at 4], as well as any other known methods of communication that Plaintiff can employ to contact the Interested Party (*e.g.*, email).

    The Interested Party, who resides outside of the United States, may appear remotely at the Status Conference using the following dial-in information:

    Phone number: +1 888-278-0296
    Access code: 8212991#

Any other litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may request to appear remotely at the Status Conferences. Please **call** Chambers at (303) 844-4507 **at least two business days** prior to the Status Conference to request a remote appearance.

If this date is not convenient, the Parties shall confer and contact my Chambers by **email** (Hegarty_Chambers@cod.uscourts.gov) to obtain an alternate date. All Parties must be copied on the email if they agree to change the conference date; otherwise, any Party seeking to change the conference date must file a motion. If not all Parties have entered an appearance, any request to reset the Status Conference must be made by filing the appropriate motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the Conference.